IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

SHARI ODOM ) Civil Action No. **1:11-cv-00113-DAB**
Plaintiff

vs.

DELANOR, KEMPER & ASSOCIATES, LLC
Defendant

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Shari Odom, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
93 Old York Road
Jenkintown, PA 19046
215-745-9800